United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 22-20429-CR-Scola |
| | ) |
| Elizar Jauregui, Defendant. | ) |
| | ) |

### Order Denying Motion for Reconsideration

On May 28, 2025, the Court denied the Defendant Elizar Jauregui's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). (Order, ECF No. 330.) That same day, Jauregui filed a motion as rebuttal to the Government's response to his motion for compassionate release (Mot., ECF No. 331) and an affidavit in support (Affidavit, ECF No. 332.) The Court will treat Jauregui's motion as a motion for reconsideration. The Government need not respond.

Jauregui's motion raises matters that were considered by the Court in its original order and thus does not warrant reconsideration. *See United States v. Elso*, Case No. 03-20272-CR-SEITZ/MCALILEY, 2017 WL 8320166, at *1 (S.D. Fla. May 21, 2017) ("Because reconsideration of a previous order is an extraordinary remedy to be employed sparingly, only a change in the law, or the facts upon which a decision is based, will justify a reconsideration of a previous order." (cleaned up)). Moreover, the § 3553(a) factors still weigh against Jauregui's release.

Therefore, the Court **denies** Jauregui's motion (**ECF No. 331**).

**Done and ordered** at Miami, Florida on May 29, 2025.

Robert N. Scola, Jr.
United States District Judge